IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TRAVIS HILL, ADC #101475                                        PLAINTIFF

v.                          2:12-cv-00034-DPM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; *et al.*                             DEFENDANTS

## ORDER

On November 6, 2012, this Court directed service of the Summons and Complaint on all Defendants. (Doc. No. 7.) Summons were returned unexecuted for Fralisha Walton and Tony Huntley. (Doc. Nos. 21, 22.) The last known addresses for Defendants Walton and Huntley have been submitted under seal. (Doc. Nos. 21, 22.)

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Walton and Huntley and the United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and Summonses on these Defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

DATED this 14th day of December, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE