IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVIS HILL, ADC # 101475, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 2:12CV00034-JJV |
| RAY HOBBS, *et al.* | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 23rd day of October, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1